JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARLOS DE ALVA GAMINO,<br>Plaintiff,<br>v.<br>ROYAL CUSTOM DESIGNS, LLC,<br>Defendant. | Case No. 5:25-cv-00854-SP<br><br>**JUDGMENT** |

Pursuant to the Memorandum and Order Granting Plaintiff's Motion for Default Judgment, IT IS HEREBY ADJUDGED THAT Judgment is entered in favor of plaintiff Carlos de Alva Gamino, and against defendant Royal Custom Designs, LLC, in the amount of $10,800.00.

Dated: September 29, 2026

SHERI PYM
United States Magistrate Judge